UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

SAYED ALI                                                                                          PLAINTIFF

v.                                          No. 5:20-CV-05032

SHELTER MUTUAL
INSURANCE COMPANY                                                                   DEFENDANT

## JUDGMENT

Pursuant to the opinion and order entered in this case on this date, this case is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 12th day of November, 2021.

*/s/ P. K. Holmes, III*
P.K. HOLMES, III
U.S. DISTRICT JUDGE